UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY DUMAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINNRESIDENTIAL CALIFORNIA L.P., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-06253-LJC<br><br>**CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | January 23, 2025 |
| Fact discovery cut-off: | July 31, 2025 |
| Opening expert reports and disclosures: | September 30, 2025 |
| Rebuttal expert reports and disclosures: | October 31, 2025 |
| Expert discovery cut-off: | December 19, 2025 |
| Last day to hear dispositive motions and *Daubert* motions: | March 24, 2026[1] |
| Pretrial conference:[2] | May 8, 2026, 1:30 PM[3] |

//
//

---

[1] This date reflects a slight adjustment from the parties' proposed date to align with the Judge Cisneros's weekly civil law and motion calendar.
[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.
[3] This date reflects a slight adjustment from the parties' proposed date to alight with Judge Cisneros's standing order specifying that civil pretrial conferences are held on Fridays at 1:30 pm.

| | |
|---|---|
| Jury trial: | July 6, 2026 |
| | (3-5 days) |

**IT IS SO ORDERED.**
Dated: January 24, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge