1  Deborah Gettleman, ESQ. (SBN 267309)
   Deepinder Goraya, ESQ. (SBN 290483)
2  McGUINNESS LAW GROUP, PC
   155 Grand Ave., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 439-2950
4  Facsimile: (510) 439-2951
   Email: dgettleman@mcuginness-legal.com
5         dgoraya@mcguinness-legal.com

6  Attorneys for Plaintiff
   Dorothy Dumay

7
   Andrew V. Gabriel, Esq. (SBN 325375)
8  LAW OFFICE OF ANDREW V. GABRIEL
   3260 Blume Drive, Suite 225
9  Richmond, California, 94806
   Telephone:   (510) 890-1479
10 Facsimile:   (510) 323-7771
   agabriel@avglawoffice.com
11

12 Attorneys for Defendant
   WinnResidential California L.P.
13 Menlo Westridge Affordable Partners, LP

14
                IN THE UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA

16
                                        | CASE NO.  3:24-cv-06253-LJC
17 Dorothy Dumay
                                        | Civil Rights
18
   Plaintiff,                           | [PROPOSED] ORDER GRANTING
19                                      | STIPULATION TO EXTEND
   v.                                   | MEDIATION CUT-OFF
20
   WinnResidential California L.P.;Menlo
21 Westridge Affordable Partners, LP

22 Defendants.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and for good cause shown, the Court hereby GRANTS the parties' request to continue the deadline to complete mediation. The deadline to complete mediation currently set for May 11, 2025, is continued to August 20, 2025.

**IT IS SO ORDERED.**

Dated: April 30, 2025

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge