Celia McGuinness (SBN 159420)
Liza Cristol-Deman (SBN 190516)
McGUINNESS LAW GROUP, PC
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: *info@mcguinness-legal.com*
        *lcristoldeman@mcguinness-legal.com*

Attorneys for Plaintiff, Dorothy Dumay

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY DUMAY,<br><br>    Plaintiff,<br><br>v.<br><br>WINNRESIDENTIAL CALIFORNIA L.P.; MENLO WESTRIDGE AFFORDABLE PARTNERS, LP,<br><br>    Defendants. | CASE NO. 3:24-cv-06253-LJC<br><br>**MODIFIED**<br>[PROPOSED] **ORDER AMENDING SCHEDULING ORDER TO EXTEND MOTION DEADLINES, PRETRIAL CONFERENCE AND TRIAL DATES** |

Based on the application and stipulation filed by all counsel, and good cause appearing, the Court hereby grants the parties' request to amend the scheduling order (ECF 26) to extend the deadlines for dispositive motions and *Daubert* motions and continue the trial and pretrial conference in this matter.

///

///

///

///

41476652.1:10784-2925 │ CASE NO. 3:24-cv-06253-LJC                    1
[PROPOSED] ORDER AMENDING SCHEDULING ORDER TO EXTEND MOTION DEADLINES, PRETRIAL CONFERENCE, AND TRIAL DATES

| Event | Current date/deadline | NEW date/deadline |
|---|---|---|
| Deadline for filing dispositive and *Daubert* motions | February 17, 2026 | ~~May 21, 2026~~ May 19, 2026 |
| Last day for hearing | March 24, 2026 | ~~Thursday, June 25, 2026 at 1:30~~ June 23, 2026 at 10:30am |
| Pretrial Conference | May 8, 2026 | ~~August 7, 2026~~ Nov. 6, 2026 |
| Trial | July 6-13, 2026 | ~~October 12-19, 2026~~ November 16-23, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 5, 2026

Hon. Lisa J. Cisneros
U.S. Magistrate Judge

41476652.1:10784-2925 │ CASE NO. 3:24-cv-06253-LJC          2
[PROPOSED] ORDER AMENDING SCHEDULING ORDER TO EXTEND MOTION DEADLINES, PRETRIAL CONFERENCE, AND TRIAL DATES