Celia McGuinness (SBN 159420)
Liza Cristol-Deman (SBN 190516)
Francesca Simon (SBN 359441)
McGUINNESS LAW GROUP, PC
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmcguinness@mcguinness-legal.com
        lcristoldeman@mcguinness-legal.com
        fsimon@mcguinness-legal.com

Attorneys for Plaintiff Dorothy Dumay

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY DUMAY,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>WINNRESIDENTIAL CALIFORNIA L.P.;<br>MENLO WESTRIDGE AFFORDABLE<br>PARTNERS, LP,<br><br><br>          Defendants. | Case No.: 3:24-cv-06253-LJC<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND BRIEFING<br>SCHEDULE AND CONTINUE HEARING<br>ON MOTION FOR PARTIAL SUMMARY<br>JUDGMENT AS MODIFIED** |

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING SCHEDULE AND
CONTINUE HEARING

Case No: 3:24-cv-06253-LJC

**STIPULATION**

The Court's Order Amending the Scheduling Order in this case set May 19, 2026 as the deadline for the parties to file dispositive motions and *Daubert* Motions. ECF 66. On May 19, 2026, Plaintiff filed a Motion for Partial Summary Judgment, a Motion to Exclude Defendants' Expert Witness, David Saldivar, and a related motion to seal one of the exhibits to plaintiff's motion for partial summary judgment. ECF 69, 70, 71.

By this stipulation, the parties seek an additional week to prepare their opposition and ad additional two weeks to prepare reply briefs. These extensions also necessitate a brief continuance of the scheduled hearing date of June 23, 2026. The current and proposed dates are:

| Event | Current date/deadline | NEW date/deadline |
|---|---|---|
| Responses to Motion for Partial Summary Judgment and *Daubert* motion | June 2, 2026 | June 9, 2026 |
| Replies to Motion for Partial Summary Judgment and *Daubert* motion | June 9, 2026 | June 23, 2026 |
| Motion for Partial Summary and *Daubert* motion Hearing | June 23, 2026 at 10:30 am | July 7, 2026 at 10:30 am |

There is good cause to grant this brief extension of the briefing schedule and continuance of the hearing.

First, it is based on the stipulation of counsel.

Second, Plaintiff's counsel is unavailable the week of June 8, 2026, due to the trial in the Eastern District of California in *Chhang v. West Coast USA Properties, LLC*, Case No. 1:23-cv-01335-SAB.

Third, Plaintiff's counsel is unavailable during the week of June 15, 2026, due to scheduled medical leave.

Accordingly, the parties request that the Court continue the motion hearing and extend the briefing deadlines.

Respectfully submitted,

McGUINNESS LAW GROUP, PC


Dated: May 27, 2026                          /s/ Francesca Simon
                                             Francesca Simon, Esq.
                                             Liza Cristol-Deman, Esq.
                                             Celia McGuinness, Esq.
                                             Attorneys for Plaintiff


                                             WOOD SMITH HENNING BERMAN


Dated: May 27, 2026                          /s/ Mark J. D'Argenio
                                             Mark J. D'Argenio, Esq.
                                             Attorneys for Defendants


## FILER'S ATTESTATION

I, Francesca Simon, hereby attest that on May 27, 2026, I received the concurrence of all counsel in the filing of this document.

Dated: May 27, 2026                          /s/ Francesca Simon
                                             Francesca Simon

JOINT STIPULATION AND [PROPOSED] ORDER          3          Case No: 3:24-cv-06253-LJC
TO EXTEND BRIEFING SCHEDULE AND
CONTINUE HEARING

## [PROPOSED] ORDER

Based on the application and stipulation filed by all counsel, and good cause appearing, the Court hereby grants the parties' request to continue the motion hearing and extend the briefing deadlines, as modified.

| Event | Current date/deadline | NEW date/deadline |
|---|---|---|
| Responses to dispositive and *Daubert* motions | June 2, 2026 | June 9, 2026 |
| Replies dispositive and *Daubert* motions | June 9, 2026 | June 23, 2026 |
| Dispositive and *Daubert* motions Hearing | June 23, 2026 at 10:30 am | July 14, 2026 at 10:30 am |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 28, 2026 _____    _____

Hon. Lisa J. Cisneros

United States Magistrate Judge