Mark J. D'Argenio (State Bar No. 238006)
mdargenio@wshblaw.com
Mitchell R. VanLandingham (State Bar No. 324778)
mvanlandingham@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925.222.3400 ♦ Fax: 925.356.8250

Attorneys for Defendants WINNRESIDENTIAL CALIFORNIA L.P.
and MENLO WESTRIDGE AFFORDABLE PARTNERS, LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY DUMAY,<br><br>            Plaintiff,<br><br>      v.<br><br>WINNRESIDENTIAL CALIFORNIA L.P.;<br>MENLO WESTRIDGE AFFORDABLE<br>PARTNERS, LP ,<br><br>            Defendant. | Case No. 3:24-cv-06253-LJC<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE LATE OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DAUBERT MOTION PURSUANT TO F.R.C.P 60(b)**<br><br>Filed Concurrently with Notice and Application; Declaration of Mark J. D'Argenio<br><br>The Hon. Lisa J. Cisneros<br><br>Trial Date:                ~~7/6/26~~ |

Having considered Defendants' ex parte application pursuant to Federal Rule of Civil Procedure 60(b) for leave to file a late opposition to Plaintiff's partial motion for summary judgment and Daubert motion, Plaintiff's opposition to the ex parte application (ECF No. 83), and with the understanding that said oppositions are on file with the Court, this Court hereby grants the ex parte application.

/ / /

/ / /

/ / /

Case No. 3:24-cv-06253-LJC

In so doing, the Court authorizes the late-filed opposition.  The Court also re-sets the hearing date for both motions from July 14, 2026 to July 28, 2026 at 10:30am. The Court also sets an updated reply date for both motions for _July 9, 2026_ .

**IT IS SO ORDERED.**

DATED: _____July 2,___, 2026    By: _____

Hon. LISA J. CISNEROS
United States Magistrate Judge

44013766.1:10784-2925                               -2-                    Case No. 3:24-cv-06253-LJC

ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE LATE OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DAUBERT MOTION PURSUANT TO F.R.C.P 60(b)