UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Dorothy Dumay,

Plaintiff,

v.

WinnResidential California L.P. et al.,

Defendant.

Case No. 3:24-cv-06253-LJC

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) WinnResidential California L.P., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Lisa D. Wachs- Gordon Rees Scully Mansukhani, LLP

Name(s) of counsel withdrawing from representation and firm name:

Mark J. D'Argenio/ Agustin R. Pina- Wood, Smith Henning & Berman

Date: 10/07/2026

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: October 14, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE